## In re BASTANCHURY CORPORATION, Limited.

## BANK OF AMERICA NAT. TRUST & SAVINGS ASS'N v. Ashby TURNER.

### No. 6940.

Circuit Court of Appeals, Ninth Circuit.
Dec. 12, 1932.

Cruickshank, Brooke & Evans and I. Blair Evans, all of Pasadena, Cal., and Newlin & Ashburn and Gurney E. Newlin, all of Los Angeles, Cal. (Lloyd W. Brooke, of Pasadena, Cal., and Allen W. Ashburn, of Los Angeles, Cal., of counsel), for appellant.

Kyle Z. Grainger, Walter J. Little, and M. L. Rabbitt, all of Los Angeles, Cal., and Carl C. Cowles, of Santa Ana, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges and CAVANAH, District Judge.

SAWTELLE, Circuit Judge.

On the authority of In the Matter of Bastanchury Corporation, Limited, No. 6939, 62 F.(2d) 537, decided by this court this day, the motion to dismiss the appeal is denied, and the order of the District Court denying the appellant's petition for review and affirming the referee's order re restraining order is reversed, and the restraining order is hereby vacated.

Motion denied, and order reversed.